# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JUSTIN JUUL

NO. 2024 KW 0362

**JULY 29, 2024**

---

In Re:     Justin Juul, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Ascension, No. 39169.

---

**BEFORE:    CHUTZ, GREENE, AND STROMBERG, JJ.**

**WRIT DENIED.**

**WRC**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT